**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Docket No.: 0972 1:13CR00024-001** |
| **Kim Nichole Pounds** ) | |
| ) | |
| ) | |

On March 3, 2010, the above-named was placed on Supervised Release for a period of 5 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie R. Martin
JULIE R. MARTIN
United States Probation Officer

Dated:     November 24, 2014
               Bakersfield, California
               JRM:dk

/s/ Lonnie E. Stockton

**REVIEWED BY:**     **LONNIE E. STOCKTON**
                              **Supervising U. S. Probation Officer**

1

**Re:    Kim Nichole Pounds**
        Docket No:   0972 1:13CR00024-001
        **Report and Order Terminating**
        **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Kim Nichole Pounds be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   **December 1, 2014**           /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:     AUSA (NAME) - Mark Cullers
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office
        Supervisee - Kim Nichole Pounds